[No. 12390-1-III.    Division Three.    April 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RORY MICHAEL SCHWANBECK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00844-5, Robert D. Austin, J., entered April 15, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 12544-1-III.    Division Three.    April 12, 1994.]

DELLINGER ENTERPRISES, INC., ET AL, *Respondents*, v. KAISER ENGINEERS HANFORD COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 88-2-00780-0, Fred R. Staples, J., entered June 18, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12318-9-III.    Division Three.    April 12, 1994.]

JOSEPH M. DURRELL, *Respondent*, v. WESTINGHOUSE HANFORD COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-2-00862-0, Duane E. Taber, J., entered March 19, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[Nos. 11961-1-III; 11971-8-III.    Division Three.    April 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN JUNIOR GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 90-1-00029-2, Larry M. Kristianson, J., entered October 10, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, J., and Kelly, J. Pro Tem.